IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BURLIN RICHARD PRITCHETT,  )<br>                              )<br>     Plaintiff,             )<br>                              )<br>     v.                       )<br>                              )<br>ALABAMA DEPARTMENT OF         )<br>CORRECTIONS,                  )<br>                              )<br>     Defendant.              )  | CIVIL ACTION NO.<br>2:23cv310-MHT<br>(WO) |

OPINION

Plaintiff, a state prisoner, filed a set of rambling documents that were construed as a lawsuit. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that this case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of July, 2023.

　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE